# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0129
Lower Tribunal No. CF17-009340-XX

_____

FRANKY M. VALLEJO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and BROWNLEE, JJ., concur.

Robin H. Stevenson, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Blain A. Goff, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED